IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| INMOBILIARIA JRB, S.A. DE C.V. | § | |
| PLAINTIFF | § | |
| V. | § | CIVIL ACTION NO. 3:17-CV-194 |
| | § | |
| M/V CABALLO MAYA ET AL | § | ADMIRALTY 9(H) |
| DEFENDANTS | § | |

**APPENDIX**
**MOTION TO EXCLUDE**

| Appendix No. | Description |
|---|---|
| 1 | Declaration of David Lopez |
| 2 | Deposition of David Lopez |

Respectfully submitted,

**MILLS SHIRLEY L.L.P.**

2228 Mechanic Street, Suite 400

Galveston, TX 77550

Tel./Fax: 409.761.4001

By:*/s/ Robert E. Booth*

   Robert E. Booth, Attorney-in-Charge

Texas Bar No. 24040546

S.D. Texas Bar No. 36858

rbooth@millsshirley.com

   Andres "Andy" Soto

Texas Bar No. 24071128

S.D. Texas Bar No. 1057789

asoto@millsshirley.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on **June 2, 2018**, I served a copy of the foregoing document using the CM/ECF system on all parties.

*/s/ Robert E. Booth*
Robert E. Booth