Case 3:17-cv-00194   Document 79   Filed in TXSD on 06/18/18   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

INMOBILIARIA JRB, S.A. DE C.V., *et al*, §
§
    Plaintiffs, §
VS. § CIVIL ACTION NO. 3:17-CV-194
§
M/V CABALLO MAYA, HER ENGINES, §
BOILERS, TACKLE, FURNITURE, §
APPAREL, APPURTENANCES, ETC., IN §
REM, *et al*, §
§
    Defendants. §

## ORDER STRIKING PLEADING

Pending before the Court is Shipping Group Mexico SGM S.A. de C.V.'s Motion for Leave to Intervene (Dkt. 78); however, it is deficient in the area (s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ___ Pleading is not signed. (L.R.11.3)

2. ___ Pleading is not in compliance with L.R.11.3.A (1) through (6)

3. ___ Caption of the pleading is incomplete. (L.R.10.1)

4. ___ No certificate of service, or explanation why service is not required. (L.R.5.4)

5. _X__ Motion is not in compliance with L.R.7:

    a. _X__ No statement of opposition or non-opposition. (L.R.7.2)

    b. _X__ No statement re conference w/opposing counsel. (L.R.7.1 .D)

    c. _X__ Separate proposed order not provided. (L.R.7.1.C)

6. ___ Motion to consolidate is not in compliance with L.R.7.6.

7. ___ Other:

    a. ___ Red vertical lines on pleading. (L.R.11.4)

    b. ___ Computer codes on proposed order (Galveston General Order 2000–1)

    c. ___ No space provided for date on proposed order

    d. ___ No leave of court

    e. ___ Original and One Copy filing requirement. (L.R.5.2)

    f. ___ Motion does not comply with Court's Procedures.

The Clerk is hereby **ORDERED** to strike the above instrument from the record and notify counsel of such action.

SIGNED at Galveston, Texas, this 18th day of June, 2018.

                                                    _____
                                                    George C. Hanks Jr.
                                                    United States District Judge